IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SALVADOR CERVANTES,** | Case No. CV16-00343 LJO (BAM) |
| Plaintiff, | **[PROPOSED]** **ORDER CONTINUING SCHEDULING CONFERENCE** |
| v. | |
| **B. LINDSEY, et al.,** | |
| Defendants. | |

Plaintiff Salvador Cervantes and Defendant B. Lindsey filed a stipulation and joint request for a continuance of the Mandatory Scheduling Conference date (Doc. 7). Having considered the parties' request, the Court finds good cause to grant the request.

Accordingly, **IT IS HEREBY ORDERED THAT:**

1.  The parties joint request for a continuance of the Mandatory Scheduling Conference is **GRANTED**; and

2.  The Mandatory Scheduling Conference is rescheduled from June 9, 2016 at 8:30 a.m. to **July 21, 2016 at 8:30 a.m. before Judge McAuliffe**.

IT IS SO ORDERED.

Dated**:   May 23, 2016**              /s/ Barbara A. McAuliffe
                                UNITED STATES MAGISTRATE JUDGE