# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR CERVANTES,<br><br>          Plaintiff,<br><br>     v.<br><br>OFFICER B. LINDSEY,<br><br>          Defendant.<br>_____/ | Case No. 1:16-cv-00343-BAM (PC)<br><br>ORDER DIRECTING DEFENDANT TO CONSENT OR DECLINE UNITED STATES MAGISTRATE JUDGE JURISDICTION WITHIN FOURTEEN (14) DAYS<br><br>ORDER DIRECTING CLERK OF COURT TO SEND A COPY OF CONSENT/DECLINE FORM TO DEFENDANT |

Plaintiff Salvador Cervantes ("Plaintiff") is a state prisoner proceeding in this civil rights action pursuant to 42 U.S.C. § 1983, against Defendant Officer B. Lindsey.

At this time, the action is currently assigned only to the undersigned based on Plaintiff's consent to United States Magistrate Judge jurisdiction. (ECF No. 6.) Defendant Lindsey has not yet completed and filed a consent/decline to the jurisdiction of the United States Magistrate Judge form. This form must be completed so the Court can determine who the presiding judge will be in this case. Accordingly, within fourteen (14) days of service of this order, Defendant Lindsey shall file a completed form.

The following is important information about scheduling and trailing cases:

District Court Judges of the Fresno Division of the Eastern District of California now have the heaviest caseload in the nation. As a result, each District Judge schedules multiple trials to

begin on each available trial date. Civil cases will trail and begin as soon as a courtroom is cleared. The law requires that the Court give any criminal trial priority over civil trials or any other matter. A civil trial set to begin while a criminal trial is proceeding will trail the completion of the criminal trial.

The Court cannot give advance notice of which cases will trail or for how long because the Court does not know which cases actually will go to trial or precisely how long each will last. Once your trial date arrives, counsel, parties and witnesses must remain on 24-hour-stand-by until a court opens. Since continuance to a date certain will simply postpone, but not solve, the problem, continuances of any civil trial under these circumstances will no longer be entertained, absent a specific and stated finding of good cause. The Court will use its best efforts to mitigate the effect of the foregoing and to resolve all cases in a timely manner.

One alternative is for the parties to consent to a United States Magistrate Judge conducting all proceedings, including trial and entry of final judgment, pursuant to 28 U.S.C. § 28 U.S.C. 636(c), Federal Rule of Civil Procedure 73, and Local Rule 305. The Eastern District Magistrate Judges, all experienced former trial lawyers, use the same jury pool and same court facilities as United States District Court Judges. Since Magistrate Judges do not conduct felony trials, they have greater flexibility and schedule firm trial dates. Judgment entered by a United States Magistrate Judge is appealable directly to the United States Court of Appeal for the Ninth Circuit. (While there are scheduling benefits to consenting to Magistrate Judge jurisdiction, substantive rulings and decisions will not be affected by whether a party chooses to consent or not.)

As another response to its large caseload, the Fresno Division of the Eastern District of California is assigning cases, whenever possible, to Article III District Court Judges from around the nation as Visiting Judges. Pursuant to the Local Rules, Appendix A, such reassignments will be random, and the parties will receive no advance notice before their case is reassigned to an Article III District Court Judge from outside of the Eastern District of California.

///

///

///

Based on the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to send Defendant a copy of the consent/decline form and the instructions for consent or declining to consent to Magistrate Judge jurisdiction; and

2. Within fourteen (14) days from the date of this order, Defendant shall complete and return the Consent or Request for Reassignment form.

IT IS SO ORDERED.

Dated:   **May 23, 2016**                    /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE