# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR CERVANTES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER B. LINDSEY,<br><br>　　　　Defendant.<br>_____ / | Case No.  1:16-cv-00343-BAM (PC)<br><br>ORDER STRIKING MOTION FOR RECONSIDERATION<br><br>(ECF No. 17) |

On March 16, 2017, Plaintiff Salvador Cervantes personally filed a motion for reconsideration of the Court's order dismissing this action with prejudice and closing the case. (ECF No. 17.)  Plaintiff was represented by counsel during the course of this action, and there is no indication that Plaintiff is no longer represented by counsel.  However, the motion for reconsideration was not signed or submitted for filing by Plaintiff's counsel.

Filings must include the signature of at least one attorney of record when a party is represented. Fed. R. Civ. P. 11(a). *See also* Local Rule 131(b) ("All pleadings and non-evidentiary documents shall be signed by the individual attorney for the party presenting them . . . .")

Accordingly, the motion for reconsideration filed on March 16, 2017 (ECF No. 17) is HEREBY ORDERED STRICKEN from the record, which renders it a nullity.

IT IS SO ORDERED.

Dated:  **March 17, 2017**　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE